ST. THERESE HOSPITAL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6604

XEROX CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF REVENUE, Respondent.

*Opinion filed November 14, 1972.*

XEROX CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6690

EDWARD L. MANSFIELD, d/b/a MANSFIELD ELECTRIC COMPANY, Claimant, *vs.* STATE OF ILLINOIS, ILLINOIS STATE FAIR AGENCY, Respondent.

*Opinion filed November 14, 1972.*

EDWARD L. MANSFIELD, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.